UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Eric Santos                                   Case No.: 18-34759 (VFP)

Chapter: 7

Judge: Vincent F. Papalia

**NOTICE OF PROPOSED ABANDONMENT**

Charles M. Forman, Chapter 7 Trustee in this case, proposes to abandon Property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
> James J. Waldron
> United States Bankruptcy Court
> MLK Jr. Federal Building
> 50 Walnut Street
> Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable Vincent F. Papalia on March 19, 2019, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3B. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
>
> Real property located at 5932 North 21st Street, Philadelphia, PA, having a fair market value of $22,000.00.

> Liens on property:
>
> Ditech
> $73,795.00

> Amount of equity claimed as exempt:  None claimed

Objections must be served on, and requests for additional information directed to:

Name:  Charles M. Forman, Trustee
Address:  Forman Holt, 66 Route 17 North, Paramus, NJ 07652
Telephone No.:  201-845-1000

F0038623 - 1

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                              Case No. 18-34759-VFP
Eric Santos                                                         Chapter 7
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin              Page 1 of 2          Date Rcvd: Feb 19, 2019
                               Form ID: pdf905          Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2019.
db              +Eric Santos,    135 Montgomery Street, Apt 12 G,    Jersey City, NJ 07302-4627
517928092       +Amex,    Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
517928093       +Amex/Bankruptcy,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
517928094      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,     Attn: Bankruptcy,    Po Box 982238,
                  El Paso, TX 79998)
517928095       +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
517928099       +Chase Card Services,    Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
517928100       +Citibank,    PO Box 6286,    Sioux Falls, SD 57117-6286
517928101       +Citibank,    PO Box 653095,    Dallas, TX 75265-3095
517928108       +Quality Asset Recovery,    PO Box 239,    Gibbsboro, NJ 08026-0239

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 20 2019 01:26:02     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 20 2019 01:25:59     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 20 2019 01:45:44
                  Synchrony Bankc/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517928096       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 20 2019 01:32:42     Best Buy/Capital One,
                  Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517928097       +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 20 2019 01:34:37     Cach LLC,
                  Attn: Bankruptcy,    4340 S. Monaco St, Unit 2,    Denver, CO 80237-3485
517928098       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 20 2019 01:32:42     Capital One,
                  Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517928102       +E-mail/Text: bankruptcy.bnc@ditech.com Feb 20 2019 01:25:41     Ditech,    Attn: Bankruptcy,
                  Po Box 6172,    Rapid City, SD 57709-6172
517928103       +E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2019 01:34:25     GE Capital Retail Bank,
                  PO Box 103104,    Roswell, GA 30076-9104
517928104       +E-mail/Text: ebn@rwjbh.org Feb 20 2019 01:26:17     Jersey City Medical Center,
                  355 Grand Street,    Jersey City, NJ 07302-4321
517928106       +E-mail/Text: bankruptcydpt@mcmcg.com Feb 20 2019 01:25:59     Midland Funding,    PO Box 2011,
                  Warren, MI 48090-2011
517928105       +E-mail/Text: bankruptcydpt@mcmcg.com Feb 20 2019 01:25:59     Midland Funding,
                  2365 Northside Drive,    San Diego, CA 92108-2709
517928107        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 20 2019 01:33:38
                  Portfolio Recovery,    PO Box 41067,    Norfolk, VA 23541
517928109       +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 20 2019 01:32:50
                  Resurgent Capital Services,    Po Box 10587,    Greenville, SC 29603-0587
517928284       +E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2019 01:33:28     Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 14

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2019                                          Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin                Page 2 of 2              Date Rcvd: Feb 19, 2019
                              Form ID: pdf905            Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 15, 2019 at the address(es) listed below:
              Charles M. Forman     cforman@formanlaw.com,    lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman     on behalf of Trustee Charles M. Forman cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Nicholas  Fitzgerald     on behalf of Debtor Eric  Santos nickfitz.law@gmail.com
              Rebecca Ann Solarz     on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A., as
               Indenture Trustee et al. rsolarz@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```